**Order entered June 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01604-CR

**AUSTIN BILL HIXSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81668-2014**

## ORDER

Appellant's June 2, 2015 second motion to extend the time to file appellant's brief is **DENIED** without prejudice to refiling an amended motion providing specific information as to the date of the deployment and explaining why the deployment prevents counsel from filing appellant's brief by the present due date.

/s/     LANA MYERS
        JUSTICE